SCHUYLER, Respondent, *v.* FITCHBURG R. Co., Appellant.

*(Supreme Court, General Term, Third Department. July 2, 1892.)*

Action by James P. Schuyler against the Fitchburg Railroad Company.
No opinion. Judgment affirmed, with costs.

---

THOMAS, Respondent, *v.* GAGE, Appellant.

*(Supreme Court, General Term, Third Department. July 2, 1892.)*

Action by William H. Thomas against William R. Gage.
No opinion. Judgment affirmed, with costs.

---

WESTON, Respondent, *v.* CITY OF TROY, Appellant.

*(Supreme Court, General Term, Third Department. July 2, 1892.)*

Action by Mary Weston against the city of Troy.
No opinion. Judgment affirmed, with costs.

---

BAUER, Respondent, *v.* CITY OF BUFFALO, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Theresa Bauer, administratrix, etc., of Lorenz Bauer, deceased, against the city of Buffalo for damages for negligent killing of plaintiff's intestate.
No opinion. Motion to amend order of this court denied. For former report, see 18 N. Y. Supp. 672.

---

BENNETT, Appellant, *v.* TAYLOR, Respondent.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by George W. Bennett against John Taylor.
No opinion. Motion to dismiss appeal for nonservice of papers granted, unless the appellant serve such papers within 30 days from date of this order.

---

CAMPANELLO, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Vito V. Campanello against the New York Central & Hudson River Railroad Company.
No opinion. Judgment and order appealed from affirmed.

---

COUNTY OF ORLEANS, Respondent, *v.* WINCHESTER *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by the county of Orleans against Mary E. Winchester and another.
No opinion. Motion for leave to appeal to the court of appeals denied. For decision on appeal, see 18 N. Y. Supp. 668.

---

CRISFIELD, Supervisor, Respondent, *v.* MURDOCK *et al.,* Respondents, (HYLAND *et al.,* Appellants.)

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by James Crisfield as supervisor of the town of North Dansville against James Murdock and others.
No opinion. Order appealed from affirmed, with $10 costs and disbursements. For former report, see 8 N. Y. Supp. 593.